IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Richmond Division



FILED
AUG 15 2023
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

**UNDER SEAL**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal Action No. 3:23-CR106 |
| v. | ) 18 U.S.C. § 922(g)(1) |
| AZONTAY MALIK PERRY, | ) Possession of a Firearm and Ammunition by a Convicted Felon |
| Defendant. | ) Forfeiture Allegations |

AUGUST 2023 TERM– at Richmond, Virginia

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Possession of a Firearm and Ammunition by a Convicted Felon)

On or about November 19, 2022, in the Eastern District of Virginia, the defendant, AZONTAY MALIK PERRY, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm and ammunition, to wit: (1) a Glock model G23, .40 caliber, semiautomatic pistol, bearing serial number BET707, and (2) various ammunition, in and affecting interstate and foreign commerce.

(In violation of Title 18, United States Code, Sections 922(g)(1).)

## FORFEITURE ALLEGATION

Pursuant to Rule 32.2(a) Fed. R. Crim. P., the defendant is hereby notified that if convicted of the offense charged in Count One of this Indictment, he shall forfeit any property constituting, or derived from, or any proceeds obtained, directly or indirectly, as the result of the offenses charged; and any property used, or intended to be used, in any manner or part, to omit, or to facilitate the commission of the offense charged.

Property subject to forfeiture includes, but is not limited to:

(1) a Glock 23 .40 caliber semiautomatic pistol bearing serial number BET707; and

(2) all accompanying ammunition.

If property subject to forfeiture cannot be located, the United States will seek an order forfeiting substitute assets.

(In accordance with Title 18, United States Code, Section 924(d), incorporated by Title 28, United States Code, Section 2461(c)) and Title 21, United States Code, Section 853).

A TRUE BILL:

_____
FOREPERSON

JESSICA D. ABER
United States Attorney

By: _____
Devon E. Schulz
Special Assistant United States Attorney
Erik S. Siebert
Assistant United States Attorney

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

2